**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-7371**

—————————

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

          versus

JAMES DONNIE SKELTON,

                                  Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge.
(CR-95-834, CA-98-3522-8-13)

—————————

Submitted:  August 31, 2000      Decided:  September 26, 2000

—————————

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Robert Keller Leonard, Winston-Salem, North Carolina, for Appel-
lant.  Arthur Bradley Parham, OFFICE OF THE UNITED STATES ATTORNEY,
Florence, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Donnie Skelton seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Skelton, Nos. CR-95-834; CA-98-3522-8-13 (D.S.C. Aug. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                              DISMISSED